# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **MARY and PEDRO PERDOMO** | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO._____ |
| | § | |
| **STATE FARM LLOYDS** | § | |
| *Defendant.* | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Please take notice that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, STATE FARM LLOYDS, Defendant herein, removes to this Court the state court action pending in the 80th Judicial District Court of Harris County, Texas, invoking this Court's diversity jurisdiction, on the grounds explained below.

## I.
## BACKGROUND

1.  Plaintiffs Maria Perdomo and Pedro Perdomo ("Plaintiffs") originally filed suit against Defendant STATE FARM LLOYDS ("Defendant) in the 80th Judicial District Court of Harris County, Texas, bearing Cause No. 2023-18292 on March 21, 2023, alleging breach of contract, and violations of the Texas Insurance Code and the Texas Deceptive Trade Practices Act. *See Plaintiff's Original Petition*, attached hereto within **Exhibit B.**

2.	STATE FARM LLOYDS was served notice of this lawsuit on March 21, 2023. *See* **Exhibit B**. Defendant filed its *Original Answer* on the April 24, 2023. *See Defendant's Original Answer* in **Exhibit B**.

3.	Pursuant to 28 U.S.C. § 1446(b)(3) this *Notice of Removal* has been timely filed by the Defendant within thirty (30) days following receipt of Plaintiffs' Chapter 542 Notice Demand on July 20, 2023, when the case first became removable.

4.	Pursuant to 28 U.S.C. § 1446(a) a copy of all process, pleadings, and orders served upon Defendant in the State Court Action are incorporated herein under **Exhibit B**.

5.	Pursuant to 28 U.S.C. § 1446(d), promptly after filing this *Notice of Removal*, Defendant will give written notice of the removal to Plaintiffs through their attorneys of record, and to the clerk of the 80th Judicial District Court of Harris County, Texas.

## II.
## JURISDICTION

6.	Removal of the State Court Action to this Court is proper pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b) because: (1) there is complete diversity between Plaintiffs and Defendant, and (2) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

A.	**COMPLETE DIVERSITY EXISTS BETWEEN PLAINTIFF AND DEFENDANT**

7.	*Plaintiffs' Original Petition* indicates that Maria Perdomo and Pedro Perdomo are individuals domiciled in Houston, Harris County, Texas. *See Plaintiffs' Original Petition*, **Exhibit B**, at p. 2., par. 7. Pursuant to 28 U.S.C. § 1332(a), Plaintiffs are citizens of the State of Texas.

8.	Defendant STATE FARM LLOYDS is a "Lloyd's Plan" company organized under Chapter 941 of the Texas Insurance Code. A Lloyd's company is an unincorporated association

whose citizenship is determined by that of its member underwriters alone. *See Royal Ins. Co. of Am. v. Quinn-L Capital Corp.,* 3 F.3d 877, 882-83 (5th Cir. 1993) (citing *Carden v. Arkoma Assocs.,* 494 U.S. 185, 195-96 (1990). STATE FARM LLOYDS is a separate entity from its attorney-in-fact, State Farm Lloyds, Inc. The citizenship of the attorney-in-fact for a Lloyds organization is irrelevant for determining the organization's citizenship. *Id.* At 883. STATE FARM LLOYDS consists of underwriter members who were at the time this action was commenced, and still are, all citizens of Illinois. Therefore, STATE FARM LLOYDS a citizen of Illinois for diversity purposes.

9. Accordingly, there is complete diversity between the properly joined parties pursuant to 28 U.S.C. § 1332(a).

### B.     THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

10. In their *Original Petition*, Plaintiffs do not state their total actual damages, but plead that they seek "monetary relief under $250,000, excluding interest, statutory or punitive damages and penalties, and attorneys' fees and costs." *See Plaintiffs' Original Petition*, **Exhibit B**, at p. 4.

11. Importantly, Plaintiffs failed to provide pre-suit notice, pursuant to Section 542A.003 of the Texas Insurance Code. As such, Defendant filed its Verified Plea in Abatement on April 25, 2023. **Exhibit B.**

12. On May 16, 2023, the Court granted Defendant's Verified Plea in Abatement, which abated the Cause No. 2023-18292 until 60 days after "Defendant receives the written notice from Plaintiffs required under § 542A.003 of the Texas Insurance Code. *See Order Granting Defendant's Verified Plea in Abatement*, **Exhibit B**. The Court further ruled that "Plaintiffs must

not be awarded any attorney's fees incurred after April 25, 2023." *See Order Granting Defendant's Verified Plea in Abatement,* **Exhibit B.**

13. On July 20, 2023, Plaintiff provided his Chapter 542 Notice Demand, which shows that Plaintiffs' claims are in excess of $75,000.00 excluding interest and costs, and the amount in controversy requirement for removal set forth in 28 U.S.C. § 1446(c)(2)(A)-(B) is satisfied.

### III. VENUE

12. Venue for removal is proper in this district and division because this district embraces the 80th Judicial District Court of Harris County, Texas, the forum in which the removed action was pending.

### IV. EXHIBIT INDEX

**Exhibit A**   Index of Matters Being Filed;

**Exhibit B**   All executed process in this case, including copies of Plaintiffs' Original Petition, Request for Issuance of Citation, Certificate of Service, Defendant's Original Answer, and The District Clerk's Docket Sheet;

**Exhibit C**   Plaintiffs' Chapter 542 Notice Demand Letter dated July 21, 2023;

**Exhibit D**   List of All Counsel of Record; and

**Exhibit E**   Civil Cover Sheet.

## V.
## CONCLUSION

13. Removal of this action under 28 U.S.C. § 1441(a) is proper as the district courts of the United States have original jurisdiction over the matter pursuant to 28 U.S.C. § 1332, and as all requirements for removal under 28 U.S.C. § 1446 have been met.

## VI.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant STATE FARM LLOYDS respectfully prays that the state court action be removed and placed on this Court's docket for further proceedings as though it had originated in this Court and that this Court issue all necessary orders. Defendant further requests any additional relief to which it may be justly entitled.

DATE: August 18, 2023

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Sarah R. Smith*
Sarah R. Smith
*Attorney-In-Charge*
Texas State Bar No. 24056346
SD Texas No. 1196616
sarah.smith@lewisbrisbois.com
Mical Erin Lin
Texas State Bar No. 24086951
SD Texas No. 2789055
Mical.lin@lewisbrisbois.com
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: 713.659.6767
Facsimile: 713.759.6830

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all interested parties on August 18, 2023, via e-filing addressed to:

                                                   ***Via e-Service***

Martin Arguello
THE ARGUELLO LAW FIRM
15840 FM-529 W. Ste 103
Houston, Texas 77095
Arguello@defyoppression.com
*Attorneys for Plaintiff*

                                               */s/ Sarah R. Smith*
                                               Sarah R. Smith