IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA and PEDRO PERDOMO<br>*Plaintiffs,* | § § § | |
| v. | § § | C. A. NO.: 4:23-CV-03055 |
| STATE FARM LLOYDS<br>*Defendant.* | § § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs MARIA PERDOMO and PEDRO PERDOMO ("Plaintiffs") file this *Agreed Motion to Dismiss with Prejudice* regarding their claims against Defendant STATE FARM LLOYDS ("State Farm"), and would respectfully show the Court as follows:

Plaintiffs and State Farm have resolved all claims that were asserted or could have been asserted arising out of the incident complained of by Plaintiffs. As a result, Plaintiffs seek an Order of Dismissal with Prejudice in the above-captioned action.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray this action be dismissed with prejudice, with each party bearing their own costs.

Respectfully submitted,

THE ARGUELLO LAW FIRM

/s/ Martin Arguello
Martin Arguello
SBN: 24064829
THE ARGUELLO LAW FIRM
15840 FM-529 W. Ste 103
Houston, Texas 77095

134427907.1

Arguello@defyoppression.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2024, a true and correct copy of the foregoing was served on all counsel of record as indicated:

Sarah R. Smith
*Attorney-In-Charge*
Texas State Bar No. 24056346
SD Texas No. 1196616
12 Greenway Plaza, Suite 1100
Houston, Texas 77046
(T) 346-293-7878
Sarah.Smith@dinsmore.com
**ATTORNEYS FOR DEFENDANT**

And Arguello Law Firm

*Via E-Service*

/s/ MARTIN ARGUELLO

134427907.1