Case 4:23-cv-03055   Document 16   Filed on 07/02/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIA and PEDRO PERDOMO §<br>*Plaintiffs,* §<br>§<br>v. §<br>§<br>STATE FARM LLOYDS §<br>*Defendant.* § | C. A. NO.: 4:23-CV-03055 |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Motion to Dismiss with Prejudice filed by Plaintiffs Maria Perdomo and Pedro Perdomo, (collectively "Plaintiffs"), the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that the above-captioned action against State Farm is DISMISSED WITH PREJUDICE, each party to bear its own costs.

SIGNED this __2__ day of __July__, 2024.

_____
PRESIDING JUDGE

134427907.1